# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David S. Stack<br>Lori T. Stack aka Lori Yulanavage<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1<br>Movant<br>vs. | NO. 16-16268 REF |
| David S. Stack<br>Lori T. Stack aka Lori Yulanavage<br>Debtor(s) | 11 U.S.C. Sections 362 |
| Frederick L. Reigle Esq.<br>Trustee | |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed in May 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: July 24, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list