United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David S Stack
Lori T Stack
    Debtors

Case No. 16-16268-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jul 24, 2017
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.
db/jdb        +David S Stack,   Lori T Stack,   3231 Penn Dixie Road,   Nazareth, PA 18064-8926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2017 01:37:16      Synchrony Bank,
   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
   Miami, FL   33131-1605
                                                                                                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:
         DENISE ELIZABETH CARLON    on behalf of Creditor    Specialized Loan Servicing LLC
          bkgroup@kmllawgroup.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    Securitized Asset Backed Receivables LLC
          bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         KARINA   VELTER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
          bkgroup@kmllawgroup.com
         PAUL H. YOUNG    on behalf of Debtor David S Stack ykassoc@gmail.com,   ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
         PAUL H. YOUNG    on behalf of Joint Debtor Lori T Stack ykassoc@gmail.com,   ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
         THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                  TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David S. Stack<br>Lori T. Stack aka Lori Yulanavage<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1<br>Movant<br>vs. | NO. 16-16268 REF |
| David S. Stack<br>Lori T. Stack aka Lori Yulanavage<br>Debtor(s) | 11 U.S.C. Sections 362 |
| Frederick L. Reigle Esq.<br>Trustee | |

**ORDER**

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed in May 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: July 24, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list