**uniFund**

P.O. Box 42670 • Cincinnati, OH 45242
Phone: (888) 489-8877 • Fax: (877) 347-7780

August 10, 2017

United States Bankruptcy Court
Eastern District of Pennsylvania
400 Washington Street
Reading, PA 19601

Re: Case No. 16-16268
Consumer(s): David S. Stack

Dear Clerk,

Unifund mistakenly filed two (2) Proofs of Claim for this consumer in this bankruptcy case.

The intention of this letter is to request withdraw of claim #3 that was filed on 12/16/2016.

If there are any questions or concerns about this request please do not hesitate to contact me.

Sincerely,

Chris Blanton
Manager of Operations & Special Projects
(513) 489-8877 ext. 202
Chris.Blanton@unifund.com


Cc:
PAUL H. YOUNG
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020



TOLL FREE 1-800-316-1857    LOCAL 513-489-8877