UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  David S Stack & Lori T Stack,
Bankruptcy #16-16268-ref

Date: August 24, 2017

To: Paul H. Young

# NOTICE OF INACCURATE FILING

Re:  **Amended Matrix**

The above pleading was filed in this office on **August 22, 2017.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed for the Eastern District of Pennsylvania
- ( )   Debtor's name and/or case number (is) are missing
- ( **X** )  No PDF document attached - **please e-mail me the PDF document - please do not re-file.**
- ( )   PDF document not legible
- ( )   Notice of Motion/Objection
- ( )   Document must be re-filed to correct error.
- ( )   Other -

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **sara_roman@paeb.uscourts.gov**. Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk of Court

By: /s/ Sara I. Roman
Deputy Clerk

CM-ECF 14 day notice.frm
4/10/03