Alvin H. Butz, inc.
840 Hamilton Street, Suite 600
PO Box 509
Allentown, PA 18105-0509


ASC
PO Box 10388
Des Moines, IA 50306


Berks Credit & Collections
Po Box 329
Temple, PA 19560


Berks Credit & Collections
900 Corporate Dr
Reading, PA 19605


Citibank/Best Buy
Centralized Bankruptcy/CitiCorp Credit S
Po Box 790040
St Louis, MO 63179


Citibank/Best Buy
Pob 6241
Sioux Falls, SD 57117


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129


Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117


Comenity Bank/bon Ton
3100 Easton Square Pl
Columbus, OH 43219

```
Comenitycapital/boscov
Comenity Bank
Po Box 182125
Columbus, OH 43218




Comenitycapital/boscov
Po Box 182120
Columbus, OH 43218




Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193




Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193




Financial Recoveries
Po Box 1388
Mount Laurel, NJ 08054




Financial Recoveries
200 East Park Drive
Mount Laurel, NJ 08054




First Federal Credit & Collections
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122




First Federal Credit & Collections
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122




First Premier Bank
601 S Minneapolis Ave
Sioux Falls, SD 57104
```

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


Manley Deas Kochalski, LLC
PO Box 165028
Columbus, OH 43216-5028


Unifund CCR Partners
Assignee of CitiBank Universal Card Svcs
C/O Joel M. Flink, Esquire
375 E. Elm St., Ste 210
Conshohocken, PA 19428