United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-16268-ref
David S Stack  Chapter 13
Lori T Stack
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: SaraR  Page 1 of 1  Date Rcvd: Aug 24, 2017
  Form ID: 216  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db/jdb  +David S Stack,    Lori T Stack,    3231 Penn Dixie Road,    Nazareth, PA 18064-8926
cr  +Unifund,    P.O. Box 42670,    Cincinnati, OH 45242-0670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr  E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2017 01:19:11  Synchrony Bank,
  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
  Miami, FL   33131-1605
  TOTAL: 1

  ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
  DENISE ELIZABETH CARLON    on behalf of Creditor    Specialized Loan Servicing LLC
   bkgroup@kmllawgroup.com
  DENISE ELIZABETH CARLON    on behalf of Creditor    Securitized Asset Backed Receivables LLC
   bkgroup@kmllawgroup.com
  FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
  KARINA  VELTER    on behalf of Creditor    US BANK N.A. amps@manleydeas.com
  LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
   ecf_frpa@trustee13.com
  MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
   bkgroup@kmllawgroup.com
  PAUL H. YOUNG    on behalf of Debtor David S Stack ykassoc@gmail.com,  ykaecf@gmail.com,
   paullawyers@gmail.com,pyoung@ymalaw.com
  PAUL H. YOUNG    on behalf of Joint Debtor Lori T Stack ykassoc@gmail.com,  ykaecf@gmail.com,
   paullawyers@gmail.com,pyoung@ymalaw.com
  REBECCA ANN SOLARZ    on behalf of Creditor    Securitized Asset Backed Receivables LLC
   bkgroup@kmllawgroup.com
  THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
  United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
  TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                  : Chapter 13

David S Stack and Lori T Stack                                    : Bankruptcy 16−16268−ref
      Debtor(s)

**NOTICE**

1. A review of the court record indicates that the following outstanding fees are due to the bankruptcy court relating to the filing of the document noted:

Amended Matrix

2. Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215−408−2800.

3. If the payment is not processed within fourteen (14) days from the date of this notice, this matter will be referred to the Court.

      For the Court

Date: 8/24/17                                                                    Timothy B. McGrath
      Clerk of Court