United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David S Stack  
Lori T Stack  
    Debtors

Case No. 16-16268-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Sep 15, 2017  
                         Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2017.  
db/jdb      +David S Stack,   Lori T Stack,   3231 Penn Dixie Road,   Nazareth, PA 18064-8926  
cr          +Unifund,   P.O. Box 42670,   Cincinnati, OH 45242-0670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2017 03:41:44     Synchrony Bank,  
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
              Miami, FL 33131-1605
                                        TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                      Signature:  <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2017 at the address(es) listed below:

          DENISE ELIZABETH CARLON   on behalf of Creditor   Specialized Loan Servicing LLC  
           bkgroup@kmllawgroup.com  
          DENISE ELIZABETH CARLON   on behalf of Creditor   Securitized Asset Backed Receivables LLC  
           bkgroup@kmllawgroup.com  
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          KARINA VELTER   on behalf of Creditor   US BANK N.A. amps@manleydeas.com  
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          MATTEO SAMUEL WEINER   on behalf of Creditor   Specialized Loan Servicing LLC  
           bkgroup@kmllawgroup.com  
          PAUL H. YOUNG   on behalf of Debtor David S Stack support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com  
          PAUL H. YOUNG   on behalf of Joint Debtor Lori T Stack support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com  
          REBECCA ANN SOLARZ   on behalf of Creditor   Securitized Asset Backed Receivables LLC  
           bkgroup@kmllawgroup.com  
          THOMAS I. PULEO   on behalf of Creditor   Specialized Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                            TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DAVID and LORI STACK            :    CHAPTER 13
        Debtors                     :    BANKRUPTCY NO.
                                    :    16-16268

ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

    Counsel fee:   $3,500
    Total paid by Debtors prepetition: $1,400
    $2,100 to be paid in Plan
    Filing Fee paid by debtors

The amount paid is for counsel's handling of Debtors' above-captioned Chapter 13 case.

**Date: September 15, 2017**

Date:_____

_____
                           J.

Suggested copies:

U.S. Trustee
Trustee
All Creditors on Matrix
Debtors