Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 16-16268-PMM**

DAVID S STACK  
LORI T STACK  
3231 PENN DIXIE ROAD  
NAZARETH  PA    18064

Petition Filed Date: 09/07/2016  
341 Hearing Date: 11/22/2016  
Confirmation Date: 09/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $463.12 | | 01/07/2019 | $250.00 | | 02/01/2019 | $463.12 | |
| 02/01/2019 | $232.00 | | 03/07/2019 | $232.00 | | 03/07/2019 | $463.12 | |
| 03/29/2019 | $463.12 | | 03/29/2019 | $232.00 | | 04/29/2019 | $463.12 | |
| 04/29/2019 | $232.56 | | 06/05/2019 | $463.12 | | 06/05/2019 | $235.00 | |
| 07/08/2019 | $463.12 | | 07/08/2019 | $250.00 | | 08/05/2019 | $463.12 | |
| 09/05/2019 | $463.12 | | 10/01/2019 | $463.12 | 6212146000 | 10/01/2019 | $150.00 | 6212146006Bo |
| 11/05/2019 | $463.12 | 6311057000 | 11/05/2019 | $232.00 | 6311057006Bo | 12/04/2019 | $463.12 | 6380482000 |
| 12/04/2019 | $236.88 | 6380482006Bo | 01/10/2020 | $463.12 | 6472774000 | 01/30/2020 | $463.12 | 6517955000 |
| 01/30/2020 | $100.00 | 6517955006Bo | 03/03/2020 | $463.12 | 6609690000 | 03/17/2020 | $463.12 | 6644915000 |
| 04/07/2020 | $463.12 | 6697798000 | 04/07/2020 | $150.00 | 6697798006Bo | 05/04/2020 | $463.12 | 6767051000 |
| 05/04/2020 | $232.00 | 6767051006Bo | 06/05/2020 | $463.12 | 6842860000 | 06/05/2020 | $250.00 | 6842860006Bo |
| 07/06/2020 | $463.12 | 6915522000 | 07/06/2020 | $232.50 | 6915522006Bo | 08/04/2020 | $463.12 | 6989503000 |
| 08/04/2020 | $240.00 | 6989503006Bo | | | | | | |

**Total Receipts for the Period: $13,212.46   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,123.26**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | ASHLEY FUNDING SVCS LLC  »» 007 | Unsecured Creditors | $95.00 | $0.00 | $95.00 |
| 8 | ASHLEY FUNDING SVCS LLC  »» 008 | Unsecured Creditors | $303.00 | $21.37 | $281.63 |
| 4 | QUANTUM3 GROUP LLC as agent for  »» 004 | Unsecured Creditors | $952.41 | $67.18 | $885.23 |
| 5 | QUANTUM3 GROUP LLC as agent for  »» 005 | Unsecured Creditors | $330.55 | $23.32 | $307.23 |
| 2 | HSBC  »» 002 | Unsecured Creditors | $320.62 | $22.62 | $298.00 |
| 10 | LVNV FUNDING LLC  »» 010 | Unsecured Creditors | $311.83 | $22.00 | $289.83 |
| 6 | LVNV FUNDING LLC  »» 006 | Unsecured Creditors | $731.21 | $51.58 | $679.63 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES  »» 012 | Unsecured Creditors | $80.96 | $0.00 | $80.96 |
| 9 | SPECIALIZED LOAN SERVICING LLC  »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | UNIFUND CCR PARTNERS  »» 001 | Secured Creditors | $18,452.15 | $18,452.15 | $0.00 |

| 13 | YOUNG MARR & ASSOCIATES<br>»» 013 | Attorney Fees | $2,100.00 | $2,100.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,123.26 | Current Monthly Payment: | $463.12 |
| Paid to Claims: | $20,760.22 | Arrearages: | ($4,700.94) |
| Paid to Trustee: | $2,091.77 | Total Plan Base: | $25,442.88 |
| Funds on Hand: | $1,271.27 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.