Certificate Number: 14912-PAE-DE-034873098

Bankruptcy Case Number: 16-16268



14912-PAE-DE-034873098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2020, at 10:34 o'clock AM EDT, David Stack completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 13, 2020           By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor