Certificate Number: 14912-PAE-DE-034873099

Bankruptcy Case Number: 16-16268



14912-PAE-DE-034873099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 13, 2020</u>, at <u>10:34</u> o'clock <u>AM EDT</u>, <u>Lori Stack</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 13, 2020</u>          By:     <u>/s/Jai Bhatt</u>

                                         Name:   <u>Jai Bhatt</u>

                                         Title:  <u>Counselor</u>