United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16268-pmm |
| David S Stack | Chapter 13 |
| Lori T Stack | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 4 |
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David S Stack, Lori T Stack, 3231 Penn Dixie Road, Nazareth, PA 18064-8926 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Securitized Asset Backed Receivables LLC Trust 200, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | + | Securitized Asset Backed Receivables LLC Trust 200, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Unifund, P.O. Box 42670, Cincinnati, OH 45242-0670 |
| 13971632 | + | ASC, PO Box 10388, Des Moines, IA 50306-0388 |
| 13971631 | | Alvin H. Butz, inc., 840 Hamilton Street, Suite 600, PO Box 509, Allentown, PA 18105-0509 |
| 13787605 | + | Citibank/Best Buy, Pob 6241, Sioux Falls, SD 57117-6241 |
| 13787604 | + | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 13787607 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13787606 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13787614 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 13787613 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 13787615 | + | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122-5662 |
| 13787616 | + | First Federal Credit & Collections, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5662 |
| 13787617 | | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13787618 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 13859367 | + | HOUSEHOLD, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 13787619 | | Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 13829363 | + | Specialized Loan Servicing LLC, C/O DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13970959 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebe Street, Greenwood Village, CO 80111-4720 |
| 13850538 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13812810 | + | US BANK N.A., c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13837618 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 13789678 | + | Unifund CCR Partners, Assignee of Citibank Universal Card Svcs, c/o Joel M. Flink, Esquire, 375 E. Elm St., Ste 210, Conshohocken, PA 19428-1973 |
| 13817485 | + | Williamson and Brown,LLC, 4691 CLIFTON PKWY, Hamburg, NY 14075-3201 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | | |

Case 16-16268-pmm   Doc 63   Filed 12/11/20   Entered 12/12/20 00:44:13   Desc Imaged
                           Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: Adminstra | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 48 |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 10 2020 03:10:55 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13846633 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Dec 10 2020 03:05:34 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13787603 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | |
|  |  | Dec 10 2020 03:38:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13787602 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | |
|  |  | Dec 10 2020 03:38:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 13787608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Dec 10 2020 03:37:00 | Comenity Bank/bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 13787610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Dec 10 2020 03:37:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 13787609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Dec 10 2020 03:37:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13787611 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Dec 10 2020 03:05:32 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13787612 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Dec 10 2020 03:05:32 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13858885 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Dec 10 2020 03:05:34 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13846632 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Dec 10 2020 03:05:34 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13867807 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Dec 10 2020 03:05:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13842220 |  | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Dec 10 2020 03:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13842219 |  | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Dec 10 2020 03:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13789799 |  | Email/PDF: rmscedi@recoverycorp.com | |
|  |  | Dec 10 2020 03:05:33 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13789946 |  | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Dec 10 2020 03:10:55 | Synchrony Bank, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13971634 | *+ | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13971633 | *+ | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 13971635 | *+ | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 13971636 | *+ | Citibank/Best Buy, Pob 6241, Sioux Falls, SD 57117-6241 |
| 13971638 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13971637 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13971639 | *+ | Comenity Bank/bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 13971641 | *+ | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |

Case 16-16268-pmm    Doc 63    Filed 12/11/20    Entered 12/12/20 00:44:13    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: Adminstra | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 48 |

| | | |
|---|---|---|
| 13971640 | *+ | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13971642 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13971643 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13971644 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 13971645 | *+ | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 13971647 | *+ | First Federal Credit & Collections, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5662 |
| 13971646 | *+ | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122-5662 |
| 13971648 | * | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13971649 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 13971650 | * | Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 13971651 | *+ | Unifund CCR Partners, Assignee of CitiBank Universal Card Svcs, C/O Joel M. Flink, Esquire, 375 E. Elm St., Ste 210, Conshohocken, PA 19428-1973 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2020                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor Securitized Asset Backed Receivables LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

KARINA VELTER
   on behalf of Creditor US BANK N.A. amps@manleydeas.com

LISA MARIE CIOTTI
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
   on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
   on behalf of Debtor David S Stack support@ymalaw.com
   ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

PAUL H. YOUNG
   on behalf of Joint Debtor Lori T Stack support@ymalaw.com
   ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ
   on behalf of Creditor Securitized Asset Backed Receivables LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

THOMAS I. PULEO
   on behalf of Creditor Specialized Loan Servicing LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: Adminstra Page 4 of 4
Date Rcvd: Dec 09, 2020 Form ID: 138NEW Total Noticed: 48
TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David S Stack and Lori T Stack

      Debtor(s)                                     Bankruptcy No: 16−16268−pmm

                                                  Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                    Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                        For The Court
                                              Timothy B. McGrath
                                               Clerk of Court

Dated: 12/9/20

                                                                                 62 − 61
                                                                        Form 138_new